IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIDGEPORT MUSIC, INC., ET AL. ) | |
| ) | |
| v. ) | No. 3:01-0780 |
| ) | JUDGE CAMPBELL |
| SMELZGOOD ENTERTAINMENT, ) | |
| INC., ET AL. ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge entered August 3, 2006 (Docket No. 116) to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record. 28 U.S.C. §636(b)(1)(B).

The Report and Recommendation of the Magistrate Judge (Docket No. 116) is ADOPTED and APPROVED.

Accordingly, Motion of Defendants UMG Recordings, Inc. and Universal Music Group, Inc. for Summary Judgment (Docket No. 88) is DENIED. This case remains set for a trial on October 17, 2006 at 9:00 a.m. and a pretrial conference on October 6, 2006 at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE